# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

## NOTICE OF APPEAL

| | | |
|---|---|---|
| Davenport Chester, LLC | * | 3:15-cv-00070-SMR-SBJ |
| Plaintiff | * | District Court Docket Number |
| | * | |
| Abrams Properties, Inc., and | * | |
| SCIEnergy, Inc. | * | Stephanie M. Rose |
| Defendant | * | District Court Judge |

Notice is hereby given that __Plaintiff__ appeals to the United States Court of Appeals for the Eighth Circuit from the ☐ Judgment ☒ Order entered in this action on 12/23/15 (Order became final and appealable following Final Entry entered on 6/24/16).

_____  
Signature of Appellant/Cnsl

_____  
Date

Douglas R. Lindstrom, Jr.  
Typed/printed Name

220 N. Main Street, Suite 600  
Street Address

Davenport   Iowa   52801  
City         State   Zip

(563) 333-6618  
Telephone Number

**Transcript Order Form:** ( To be completed by attorney for appellant )

Please prepare a transcript of: _____  
(Specify)  
Transcript from Summary Judgment Hearing

I am not ordering a transcript because: _previously transcribed._  
(Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature _[signature]_   Date: _7/14/16_

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**